IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03448-CBS | Date: June 22, 2015 |
| Courtroom Deputy: Ellen E. Miller | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| AARON B. GECK, | Jason C. Kennedy |
| Plaintiff, | |
| v. | |
| TAOS RESTAURANT GROUP, *et al,* | Elizabeth I. Kiovsky |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:50 a.m.**
Court calls case. Appearances of counsel.

The Court raises Defendants' Motion for Entry of Protective Order for discussion.

**It is ORDERED:**   Defendants' MOTION FOR ENTRY OF PROTECTIVE ORDER [Docket No. 31, filed June 10, 2015] is **DENIED WITHOUT PREJUDICE** for reasons as set forth on the record.

HEARING CONCLUDED.

**Court in recess: 12:29 p.m.**
Total time in court: 01:39

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.