IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-3448-CBS

AARON B. GECK,
    Plaintiff,
v.

TAOS RESTAURANT GROUP,
TRG BURGERS OF COLORADO, LLC,
NATHANIEL R. TROY, and
MICHAEL YACCINO,
    Defendants.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

Based upon the filing of the Stipulation of Dismissal (dated November 12, 2015) (Doc. # 46), this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear his or its own costs and attorney fees.   All deadlines and hearings are vacated.   Plaintiff's Motion to Compel and Extend Discovery (Doc. # 44) and Defendants' Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 19) are denied as moot.

DATED at Denver, Colorado, this 13th day of November, 2015.

                            BY THE COURT:


                            _s/Craig B. Shaffer_____
                            United States Magistrate Judge